# Appendix – Motion/Notice of Hearing Fee Exemptions
Updated Effective August 1, 2013

- **Notice of Hearing on Motion for Costs or Attorney Fees.** G.S. 7A-305(f), 7A-306(g), and 7A-307(a)(4).

  Each of the statutory provisions for the motion/notice of hearing fee provides that the fee is not to be assessed for "a notice of hearing on a motion containing as a sole claim for relief the taxing of costs, including attorneys' fees." Therefore if the only request for relief in the motion is for costs and/or attorney fees, the fee does not apply when the notice of hearing is filed.

- **Notices of Hearing on Motions under G.S. 7A-308.**

  Currently, there are only three motions for which fees are assessed under G.S. 7A-308, and which therefore are exempt from the motion/notice of hearing fee of G.S. 7A-305(f), 7A-306(g), and 7A-307(a)(4). For each of these three motions, the clerk should assess the fee specified in G.S. 7A-308 upon the filing of the motion, not for the filing of a notice of hearing on the motions.

  - (a)(2) Proceedings supplemental to execution [initiated by motion in the cause].
  - (a)(14) Substitution of trustee on a deed of trust [in a judicial foreclosure].
  - (a)(20) Motion to assert a right of access under G.S. 1-72.1 [to a judicial proceeding or record].

- **Civil Actions - Additional Fee-Exempt Motions.** G.S. 7A-305(f).

  Child Support Proceedings – Exemptions for IV-D Agencies

  Pursuant to S.L. 2013-225, § 4.(a), the fee for notices of hearing on motions in civil actions does not apply to motions filed by a child support enforcement agency established pursuant to Part D of Title IV of the Social Security Act.

  This means that the motion/notice of hearing fee shall not be charged to a IV-D agency when the IV-D agency is the filer of the motion.

  Domestic Violence Proceedings

  Because any motion filed in a proceeding under Chapter 50B of the General Statutes (e.g., for contempt for violation of the order) may be necessary to the enforcement of such order, and because court costs may not be assessed for actions associated with a protective order, pursuant to G.S. 50B-2(a), the fee should not be assessed for notices of hearing on motions for the enforcement or modification of orders under Chapter 50B.

- **Special Proceedings - Additional Fee-Exempt Motions.** G.S. 7A-306(f).

  Pursuant to G.S. 7A-306(f), the costs in that statute do not apply to foreclosures under power of sale in a deed of trust or mortgage, so the motion fee is not to be assessed in those proceedings.

- **Estates - No Additional Exemptions.** G.S. 7A-307(a)(4).

  Other than motions for costs and attorney fees and motions under G.S. 7A-308, listed above, there are no exemptions from the motion/notice of hearing fee in estate cases.

Case 1:18-cv-00501-LCB-LPA   Document 1-2   Filed 06/13/18   Page 1 of 14




# Resident Ledger





EXHIBIT 5

Date: 04/25/2018

| Code | [illegible] | Property | [illegible] |
| --- | --- | --- | --- |
| Name | Katrina Wallace | Unit | [illegible] |
| Address | 5901 Tattersall Drive #17 | Status | Notice |
| | | Rent | [illegible] |
| City | Durham, NC 27713 | Phone (H) | (919) [illegible] |

| Date | Description | Charge | Payment | Balance | Chg/Rec |
| --- | --- | --- | --- | --- | --- |
| 04/20/2017 | Application Fee (Katrina Wallace) | | | | |
| 04/20/2017 | chk# ACH WEB Online Payment [illegible] | | | | |
| 04/22/2017 | Rent for 9 days | | | 274.[?] | [illegible] |
| 04/22/2017 | Pest Control for 9 days | | | [illegible] | [illegible] |
| 04/22/2017 | Trash Removal for 9 days | | | 283.20 | 73392-[?] |
| 04/22/2017 | Security Deposit | | | [illegible] | 73392-[?] |
| 04/25/2017 | chk# 47-035524845 | | | 504.20 | 3085053 |
| 04/25/2017 | chk# 47-035524847 | | | 753.20 | 3085054 |
| 04/25/2017 | chk# 47-035524846 | | | 283.20 | 3085056 |
| 04/25/2017 | chk# 47-035524844 | | | 57.10 | 3085059 |
| 05/01/2017 | Rent (05/2017) | 928.00 | | 985.10 | 7474074 |
| 05/01/2017 | Utility Extermination (05/2017) | 3.00 | | 988.10 | 7474075 |
| 05/01/2017 | Trash Collection (05/2017) | 13.00 | | 1,001.10 | 7474078 |
| 05/05/2017 | chk# 191032 | | 888.00 | 113.10 | 3131085 |
| 06/01/2017 | Utility billing admin 04/22/17 04/30/17 | 3.75 | | 116.85 | 7613432 |
| 06/01/2017 | Utility water - 04/22/17-04/30/17 | 9.55 | | 126.40 | 7613433 |
| 06/01/2017 | Utility water sewer - 04/22/17-04/30/17 | 3.27 | | 129.67 | 7613434 |
| 06/01/2017 | Rent (06/2017) | 928.00 | | 1,057.67 | 7666383 |
| 06/01/2017 | Utility Extermination (06/2017) | 3.00 | | 1,060.67 | 7666384 |
| 06/01/2017 | Trash Collection (06/2017) | 13.00 | | 1,073.67 | 7666385 |
| 06/06/2017 | Late Fees, 5% of $1025.10 | 51.26 | | 1,124.93 | 7713908 |
| 06/06/2017 | Rent Charged Incorrectly | (113.10) | | 1,011.83 | 7715368 |
| 06/06/2017 | Charged Incrorrect | (7.71) | | 1,004.12 | 771537 |
| 06/12/2017 | chk# 47-035524917 | | 59.55 | 944.57 | 320491 |
| 06/12/2017 | chk# 192806 | | 888.00 | 56.57 | 320498 |
| 07/01/2017 | Utility billing admin - 04/30/17-05/27/17 | 3.75 | | 60.32 | 783047 |
| 07/01/2017 | Utility water - 04/30/17-05/27/17 | 20.30 | | 80.62 | 783048 |
| 07/01/2017 | Utility water sewer - 04/30/17-05/27/17 | 3.27 | | 83.89 | 783049 |
| 07/01/2017 | Rent (07/2017) | 871.00 | | 954.89 | 796847 |
| 07/01/2017 | Utility Extermination (07/2017) | 3.00 | | 957.89 | [illegible] |
| 07/01/2017 | Trash Collection (07/2017) | 13.00 | | 970.89 | [illegible] |
| 07/05/2017 | Charged Incorrectly for June 2017 | (56.57) | | 914.32 | [illegible] |

| Date | Description | Charge | Payment | Balance | Ref |
|---|---|---|---|---|---|
| | ... | | | | |
| | Utility admin | | | | 3583566 |
| | Utility water sewer | | | | 3583567 |
| | Rent 10/2017 | | | 871.66 | 3662033 |
| | Utility Extermination 10/2017 | | | 874.66 | 3662034 |
| | Trash Collection 10/2017 | 13.00 | | 917.66 | 3662035 |
| | chk# 1204 | | 917.66 | 0.00 | 3496027 |
| 11/01/2017 | Utility billing admin - 08/25/17-09/25/17 | 3.75 | | 3.75 | 8814249 |
| 11/01/2017 | Utility, water - 08/25/17-09/25/17 | 18.15 | | 21.90 | 8814250 |
| 11/01/2017 | Utility water sewer - 08/25/17-09/25/17 | 3.27 | | 25.17 | 8814251 |
| 11/01/2017 | Rent 11/2017 | 871.00 | | 896.17 | 8870138 |
| 11/01/2017 | Utility Extermination 11/2017 | 3.00 | | 899.17 | 8870139 |
| 11/01/2017 | Trash Collection 11/2017 | 13.00 | | 912.17 | 8870140 |
| 11/06/2017 | chk# 1206 NSFed by chk# 3584880 NSF | | 912.17 | 0.00 | 3563443 |
| 11/22/2017 | Returned check charge | 25.00 | | 25.00 | 3952846 |
| 11/22/2017 | Late Fee November 2017 | 43.55 | | 68.55 | 8952849 |
| 11/22/2017 | chk# 1206 NSF rece of Chk# 3563443 | | (912.17) | 980.72 | 3584880 |
| 11/27/2017 | chk# 203405 | | 980.72 | 0.00 | 3588104 |
| 12/01/2017 | Utility billing admin - 09/25/17-10/25/17 | 3.75 | | 3.75 | 9005444 |
| 12/01/2017 | Utility water - 09/25/17-10/25/17 | 19.88 | | 23.63 | 9005445 |
| 12/01/2017 | Utility water sewer - 09/25/17-10/25/17 | 3.27 | | 26.90 | 9005446 |
| 12/01/2017 | Rent (12/2017) | 871.00 | | 897.90 | 9076297 |
| 12/01/2017 | Utility Extermination (12/2017) | 3.00 | | 900.90 | 9076298 |
| 12/01/2017 | Trash Collection (12/2017) | 13.00 | | 913.90 | 9076299 |
| 12/06/2017 | chk# 1208 CHECKscan Payment | | 913.90 | 0.00 | 3530393 |
| 01/01/2018 | Utility billing admin - 10/25/17-11/25/17 | 3.75 | | 3.75 | 9227313 |
| 01/01/2018 | Utility water - 10/25/17-11/25/17 | 23.10 | | 26.85 | 9227314 |
| 01/01/2018 | Utility water sewer - 10/25/17-11/25/17 | 3.42 | | 30.27 | 9227315 |
| 01/01/2018 | Rent (01/2018) | 871.00 | | 901.27 | |
| 01/01/2018 | Utility Extermination (01/2018) | 3.00 | | 904.27 | |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 01/01/2018 | Trash Collection (01/2018) | | | 917 21 | 27 226 |
| 01/08/2018 | chk# 1176 CHECKscan Payment | | 917 27 | 0 00 | 99 293 |
| 02/01/2018 | Utility billing admin - 11/25/17-12/25/17 | | | 3 75 | 9430418 |
| 02/01/2018 | Utility water - 11/25/17-12/25/17 | | | 24 80 | 9430419 |
| 02/01/2018 | Utility water sewer - 11/25/17-12/25/17 | | | 28 41 | 9430420 |
| 02/01/2018 | Rent (02/2018) | | | 899 41 | 9479172 |
| 02/01/2018 | Utility Extermination (02/2018) | | | 902 41 | 9479173 |
| 02/01/2018 | Trash Collection (02/2018) | | | 915 41 | 9479174 |
| 02/06/2018 | Late Fees, 5% of $871.00 | 43 55 | | 958 86 | 9 / 377 |
| 02/16/2018 | Legal Fees | 201 00 | | 1,159 86 | 914/413 |
| 02/21/2018 | chk# 202886 | | 400 00 | 759 86 | 3775352 |
| 02/21/2018 | chk# 202887 | | 200 00 | 559 86 | 3775353 |
| 02/21/2018 | chk# 208619 | | 559 86 | 0 00 | 3775354 |
| 03/01/2018 | Utility billing admin - 12/25/17-01/25/18 | 3 75 | | 3 75 | 9601881 |
| 03/01/2018 | Utility water - 12/25/17-01/25/18 | 24 30 | | 28 05 | 9601882 |
| 03/01/2018 | Utility water sewer - 12/25/17-01/25/18 | 3 42 | | 31 47 | 9601883 |
| 03/01/2018 | Rent (03/2018) | 871.00 | | 902.47 | 9692804 |
| 03/01/2018 | Utility Extermination (03/2018) | 3 00 | | 905 47 | 9692805 |
| 03/01/2018 | Trash Collection (03/2018) | 13.00 | | 918.47 | 9692806 |
| 3/06/2018 | chk# 015875 | | 918.47 | 0.00 | 3819379 |
| 4/01/2018 | Utility billing admin - 01/25/18-02/25/18 | 3.75 | | 3.75 | 981345 |
| 4/01/2018 | Utility water - 01/25/18-02/25/18 | 24.75 | | 28.50 | 981345 |
| 4/01/2018 | Utility water sewer - 01/25/18-02/25/18 | 3.42 | | 31.92 | 981346 |
| 4/01/2018 | Rent (04/2018) | 871.00 | | 902.92 | 993023 |
| 4/01/2018 | Utility Extermination (04/2018) | 3.00 | | 905.92 | 993024 |
| 4/01/2018 | Trash Collection (04/2018) | 13.00 | | 918.92 | 993024 |
| 4/06/2018 | chk# 1211 :CHECKscan Payment NSFed by ctrl# 3895381 NSF Fee | | 919.00 | (0.08) | 385719 |
| 4/12/2018 | Returned check charge | 25.00 | | 24.92 | 995995 |
| 4/12/2018 | Late Fee April 2018 | 43.55 | | 68.47 | 995994 |
| 4/12/2018 | chk# 1211 NSF receipt Ctrl# 3887894 | | (919.00) | 987.47 | 380531 |
| 4/19/2018 | chk# 156269 | | 987.47 | 0.00 | 38717 |

## Application for Community Assistance

### Signature Page for AppNo: 1083063

| Agency: | Service Provider: | Application Date: |
|---|---|---|
| DSS Access | Summers, Tiffany (169) | 2/12/2018 1:02:22 PM |

| Clients Name: | SSN: | DOB: |
|---|---|---|
| WALLACE, KATRINA | *****5430 | 5/13/1992 |
| **Address:** | | **CaseNumber:** |
| 5901 Tattersall Drive 12 DURHAM, NC 27713 | | 238715 |

I certify that the information given by me with regard to my application for assistance is true and correct to the best of my knowledge and belief. I understand that North Carolina law makes it a misdemeanor to obtain assistance falsely. To do so is punishable, upon conviction or guilty plea, by a fine or imprisonment or both, at the court's discretion.

By signing this document, I understand that the Department of Social Services may or will contact the recipient of the assistance payment without me being present.
I authorize the Department of Social Services to verify any of the information given by me in this application

| Applicant's Signature and Date: | Service Provider's Signature and Date: |
|---|---|
| X Wallac | 2/12/18 |

If client is unable to sign, the witness signature must be signed by someone other than the caseworker.

**Witness Signature and Date:**

### ADDITIONAL SIGNATURES AS NEEDED

| Supervisor's Signature and Date: | Program Manager's Signature and Date: |
|---|---|
| | |

| Assistant Director's Signature and Date: | Director's Signature and Date: |
|---|---|
| | |

| Internal Use Only: | Signed Release Form: Yes | Disposition: | Application Status: COMPLETE |
|---|---|---|---|

| PROGRAM | Assistance Type | VENDOR NAME and ADDRESS | Account Number | Amount | Check Number | Check Delivery |
|---|---|---|---|---|---|---|
| Temporary Assistance to Needy Families | Rental Assistance | SOUTH POINT GLEN 5802 Tattersall Dr Durham North Carolina 27713 | Apt 12 | 400.00 | | Mail |

**Comments:**



EXHIBIT 6

## Application for Community Assistance

### Signature Page for AppNo: 1083072

| Agency: | Service Provider: | | Application Date: |
|---|---|---|---|
| DSS Access | Summers, Tiffany (169) | | 2/12/2018 1:22:29 PM |
| **Clients Name:** | | **SSN:** | **DOB:** |
| WALLACE, KATRINA | | *****5430 | 5/13/1992 |
| **Address:** | | | **CaseNumber:** |
| 5901 Tattersall Drive 12 DURHAM, NC 27713 | | | 238715 |

I certify that the information given by me with regard to my application for assistance is true and correct to the best of my knowledge and belief. I understand that North Carolina law makes it a misdemeanor to obtain assistance falsely. To do so is punishable, upon conviction or guilty plea, by a fine or imprisonment or both, at the court's discretion.

By signing this document, I understand that the Department of Social Services may or will contact the recipient of the assistance payment without me being present.
I authorize the Department of Social Services to verify any of the information given by me in this application

| Applicant's Signature and Date: | Service Provider's Signature and Date: |
|---|---|
| X K. Wallace | [signature] 2/12/18 |

If client is unable to sign, the witness signature must be signed by someone other than the caseworker.

**Witness Signature and Date:**

### ADDITIONAL SIGNATURES AS NEEDED

| Supervisor's Signature and Date: | Program Manager's Signature and Date: |
|---|---|
| | |

| Assistant Director's Signature and Date: | Director's Signature and Date: |
|---|---|
| | |

| Internal Use Only: | Signed Release Form: Yes | Disposition: | Application Status: COMPLETE |
|---|---|---|---|

| PROGRAM | Assistance Type | VENDOR NAME and ADDRESS | Account Number | Amount | Check Number | Check Delivery |
|---|---|---|---|---|---|---|
| County Emergency Assistance-Preventative | Rental Assistance | SOUTHPOINT GLEN 5800 Tattersall Drive Durham NC 27713 | Apt 12 | 200.00 | | Other |

**Comments:**



EXHIBIT 7

Case 1:18-cv-00501-LCB-LPA    Document 1-2    Filed 06/13/18    Page 7 of 14



---- Forwarded Message ----
From: "Southpoint Glen Assistant Manager" <southpointglenacm@greystar.com>
To: "Southpoint Glen Assistant Manager" <southpointglenacm@greystar.com>
Sent: Tue, Feb 13, 2018 at 10:46 AM
Subject: Filing Completed.

Good morning,

Please note that all unpaid accounts have now been filed on for possession. To dismiss the eviction filing, please include the filing fee. ($201 for one lease holder, $231 for two lease holders, $261 for three lease holders)

Southpoint Glen can only file for possession of an apartment three (3) times. On the third filing, we can no longer accept rent and must complete the eviction. We do not want to evict our lovely residents, so please make every effort to pay your rent in a timely manner going forward.

Should you have any questions, please contact the office.

Sincerely,

**Brooke Griffin** | Assistant Community Manager

Southpoint Glen | 5800 Tattersall Drive | Durham, NC 27713

o 919-544-3977| f 919.544-7431 | southpointglenacm@greystar.com

Southpoint Glen| Facebook

Proudly managed by Greystar®

"This is an attempt to collect a debt"



EXHIBIT 8



---- Forwarded Message ----
From: "Southpoint Glen Assistant Manager" <southpointglenacm@greystar.com>
To: "katrina922000@yahoo.com" <katrina922000@yahoo.com>
Sent: Fri, Feb 16, 2018 at 10:46 AM
Subject: Invoice

Hi Katrina,

Please find the attached invoice from the law firm we use to file evictions.

The cost of eviction is the responsibility of the resident per NC tenant law 42-33.

And as far as the eviction proceedings starting on the 12th of the month, "Under the lease, rent is due on the first and is technically late on the second. The lease also provides that once a resident is in default (by not paying rent or by violating any other term of the lease), the landlord can, with or without notice to the resident, terminate the resident's lease or right to possession of the apartment." We give until the 12th to have a grace period and to avoid filing for eviction!

Hope this answers any questions you had!

Best,

**Brooke Griffin** | Assistant Community Manager

Southpoint Glen | 5800 Tattersall Drive | Durham, NC 27713

o 919-544-3977| f 919.544-7431 | southpointglenacm@greystar.com

Southpoint Glen| Facebook



EXHIBIT 9

Proudly managed by Greystar®

"This is an attempt to collect a debt"

📎 DOC021618.pdf
   23K

18-20

| STATE OF NORTH CAROLINA | | File No. 18CVM1287 |
|---|---|---|
| DURHAM County | FILED 18 FEB 28 AM 10:30 DURHAM COUNTY, C.S.C. BY____ | In The General Court Of Justice ☑ Small Claims ☐ District ☐ Superior Court Division |
| Name Of Plaintiff Innesbrook Apartments LLC dba Southpoint Glen | | **NOTICE OF VOLUNTARY DISMISSAL** |
| VERSUS | | ☑ COMPLAINT ☐ COUNTERCLAIM ☐ OTHER _____ |
| Name Of Defendant Katrina Wallace | | |

G.S. 1A-1, Rule 41

*Complete the following information if known:*

| Court Date | Time | | Location |
|---|---|---|---|
| 2/28/2018 | 9:00 | ☑ AM ☐ PM | 3rd Floor; 510 South Dillard Street, Durham, NC 27701 |

☑ The plaintiff gives notice of voluntary dismissal  ☐ with prejudice  ☑ without prejudice
in this case as to all of the defendants.

☐ The plaintiff gives notice of voluntary dismissal  ☐ with prejudice  ☐ without prejudice
in ths case only as to the defendants named below and this case remains open as to defendants not listed. *(Name of defendants for whom dismissal taken.)*

☐ The defendant gives notice of voluntary dismissal  ☐ with prejudice  ☐ without prejudice
of the counterclaim in this case as to all of the plaintiffs.

☐ The defendant gives notice of voluntary dismissal  ☐ with prejudice  ☐ without prejudice
in this case only as to the plaintiffs named below and the counterclaim remains open as to plaintiffs not listed. *(Name of plaintiffs for whom dismissal taken.)*

☐ Other:

| Date 2/27/2018 | Plaintiff Or Attorney [signature] |
|---|---|
| Date | Defendant Or Attorney |

**NOTE TO CITY OR COUNTY PLAINTIFF:** *If, pursuant to G.S. 7A-317, you were not required to advance costs when filing the complaint to which you are taking a voluntary dismissal, you must pay the costs to the Clerk of Superior Court upon taking a voluntary dismissal. You may not refile this lawsuit wthout paying the costs. G.S. 1A-1, Rule 41.*

AOC-CV-405, Rev. 11/02
© 2002 Administrative Office of the Courts

EXHIBIT 10

FEB 2 1 2018   1.8 CV 从 1287

| File No. | STATE OF NORTH CAROLINA | In The General Court Of Justice |
|---|---|---|
| **COMPLAINT** | DURHAM County | District Court Division-Small Claims |
| **IN SUMMARY EJECTMENT** | | |
| G.S. 7A-216, 7A-232; Ch. 42, Art. 3 and 7 | | |

1. The defendant is a resident of the county named above.
2. The defendant entered into possession of premises described below as a lessee of plaintiff.

*Name And Address Of Plaintiff*
Innesbrook Apartments LLC
dba Southpoint Glen
5800 Tattersall Drive
Durham    NC    27713
*County* DURHAM   *Telephone No.* (919)544-3977
[x] Individual  [ ] Corporation

**VERSUS**

*Name And Address Of Defendant 1*
Katrina Wallace
5901 Tattersall Dr.
Apt 12
DURHAM    NC    27713
*County* DURHAM   *Telephone No.*
[x] Individual  [ ] Corporation

*Name And Address Of Defendant 2*

*County*   *Telephone No.*

*Description Of Premises (Include Location)*
5901 Tattersall Dr.,Apt 12,DURHAM,NC 27713

| Rate Of Rent (tenant's share) | Month | Week | Date Rent Due | Date Lease or Possession Terminated | Type Of Lease |
|---|---|---|---|---|---|
| $ 871.00 per | [x] | [ ] | 02/01/2018 | | [x] Conventional [ ] Public Housing Section 8 [ ] Oral [x] Written |

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.
   [ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period.
   [x] The defendant breached the condition of the lease described below for which re-entry is specified.
   [ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

*Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)*
Failure to pay monthly rent when due/in full, from the date above through the hearing date.

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.
5. Pursuant to G.S. 42-28, Plaintiff hereby omits any claim for rents or damages and is not seeking possession of the premises only. Plaintiff reserves the right to seek any monetary damages in a separate civil action.

*Description Of Any Property Damage*

| Amount Of Damage (If Known) | Amount of Rent Unpaid | Total Amount Due |
|---|---|---|
| $ CLAIMS RESERVED | $ 871.00 | $ POSSESSION ONLY |

6. Plaintiff therefore requests to be put in possession of the Premises.

| Date | Name Of Plaintiff/Attorney/Agent (Type Or Print) | Signature Of Plaintiff/Attorney/Agent |
|---|---|---|
| 2/15/2018 | Hans Dara | |

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

| Date | Name Of Agent (Type Or Print) | Signature Of Agent |
|---|---|---|
| 2/15/2018 | | |

*Name And Address Of Plaintiff's Attorney Or Agent*
Hans Dara
Loebsack & Brownlee, PLLC
P.O. Box 78058
Charlotte    NC    28271
(919)792-1690

AOC-CVM-201, As Revised by Counsel for Plaintiff    (Over)

2018 FEB 19  ᴬ 19
DURHAM COUNTY
C.S.C.
BY

## INFORMATION FOR PARTIES TO THE CASE

1. The PLAINTIFF must file a small claim action in the county where at least one of the defendants resides.

2. The PLAINTIFF cannot sue in small claims court for more than $10,000.00 excluding interest and costs unless further restricted by court order. Also, in a subsidized housing case (involving a Section 8 voucher or a Housing Authority program) the "Rate of Rent" box should only show the rent amount the Tenant personally pays. If the PLAINTIFF has listed the full Rent amount, the Tenant has the right to ask the Court to make its ruling based only on their portion of the Monthly Rent.

3. The PLAINTIFF must show the complete name and address of the defendant to ensure service on the defendant. If there are two defendants and they reside at different addresses, the plaintiff must include both addresses. The plaintiff must determine if the defendant is a corporation and sue in the complete corporate name. If the business is not a corporation, the plaintiff must determine the owner's name and sue the owner.

4. The PLAINTIFF may serve the defendant(s) by mailing a copy of the summons and complaint by registered or certified mail, return receipt requested, addressed to the party to be served or by paying the costs to have the sheriff serve the summons and complaint. If certified or registered mail is used, the plaintiff must prepare and file a sworn statement with the Clerk of Superior Court proving service by certified mail and must attach to that statement the postal receipt showing that the letter was accepted.

5. The PLAINTIFF must pay advance court costs at the time of filing this Complaint. In the event that judgment is rendered in favor of the plaintiff, court costs may be charged against the defendant.

6. The PLAINTIFF must appear before the magistrate to prove his/her claim.

7. Each DEFENDANT has the right to appear in Court at the time and place noted on the Summons, and to present their case, and any defenses, to the Magistrate. The DEFENDANT may also file a written Answer, making note of their responses to the numbered paragraphs of the Complaint and noting any defenses to the claims against them. Any written response should be filed at the Courthouse with the office of the Clerk of Court. Any written response filed with the Court should be filed in duplicate, and a copy should be provided to the Plaintiff no later than the time set for the hearing of the case.
NOTE: The filing of a written response DOES NOT relieve a Defendant of the need to appear at the hearing to assert any/all defenses to the Plaintiff's claims.

8. Requests for continuances of cases before the magistrate may be granted for good cause shown and for no more than five (5) days per continuance unless the parties agree otherwise.

9. The magistrate will render judgment on the date of hearing unless the parties agree otherwise, or the case is complex as defined in G.S. 7A-222, in which case the decision is required within five (5) days.

10. The PLAINTIFF or the DEFENDANT may appeal the magistrate's decision in this case. To appeal, notice must be given in open court when the judgment is entered, or notice may be given in writing to the Clerk of Superior Court within ten (10) days after the judgment is entered. If notice is given in in writing, the appealing party must also serve written notice of appeal on all other parties. The appealing party must PAY to the Clerk of Superior Court the costs of court for appeal within ten (10) days after the judgment is entered. If the appealing party applies to appeal as an indigent, and that request is denied, that party has an additional five (5) days to pay the court costs for the appeal.

11. If the defendant appeals and wishes to remain on the premises the defendant must also post a stay of execution bond within ten (10) days after the judgment is entered. In the event of an appeal by the tenant to district court, the landlord may file a motion to dismiss that appeal under G.S. 7A-228(d). The court may decide the motion without a hearing if the tenant fails to file a response within ten (10) days of receipt of the motion.

12. Following a Tenant's request made within seven (7) days after the Landlord is placed in lawful possession of the Premises, the Landlord must release all remaining personal property to the Tenant. Once the Landlord has been placed in lawful possession of the Premises by execution of a Writ and has offered to release the Tenant's property, if the Tenant fails to retrieve any personal property during the Landlord's regular business hours within seven(7) days after execution of the Writ, the landlord may throw away, dispose of, or sell the property in accordance with the provisions of G.S. 42-25.9(g). If the Tenant's personal property is sold, the Landlord must disburse any excess proceeds to the Tenant upon request within seven (7) days following the sale. If the total value of the Tenant's personal property remaining in the Premises is less than $500.00, however, it is deemed abandoned five (5) days after execution of the Writ unless the Tenant requests, before the end of the five-day period, that the personal property be released to the Tenant, in which case the Landlord must release possession of the personal property to the Tenant during regular business hours or at a different time the parties have agreed upon.

13. Victims of Domestic Violence, Sexual Assault and Stalking are protected under G.S. 42-42.2 from having their tenancy terminated based substantially on their status as a victim of any of those events; if you believe the claims against you violate this prohibition, you should consult an attorney, a domestic violence victims' rights organization, or simply advise the Court at the time of the hearing on your case.

14. **The Clerk or magistrate cannot advise you about your case or assist you in completing this form. If you have any questions, you should consult an attorney.**

AOC-CVM-201, Side Two, As Revised by Counsel for Plaintiff

Case 1:18-cv-00501-LCB-LPA   Document 1-2   Filed 06/13/18   Page 13 of 14

256519
RECEIVED FEB 20 2018
$30

18 CV 001287

**STATE OF NORTH CAROLINA**

DURHAM County

File No.

In The General Court Of Justice
District Court Division - Small Claims

| Plaintiff(s) | |
|---|---|
| Innesbrook Apartments LLC | |
| dba Southpoint Glen | 005876 |

2018 FEB 21 A 8:42

**MAGISTRATE SUMMONS**
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rule 4; 7A-217, -232

**VERSUS**

| Defendant(s) | Date Original Summons Issued |
|---|---|
| Katrina Wallace | |
| | Date(s) Subsequent Summons(es) Issued |

| TO | TO |
|---|---|
| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
| Katrina Wallace | |
| 5901 Tattersall Dr. | |
| Apt 12 | |
| DURHAM   NC   27713 | |

### A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time, and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Date Of Trial | Time Of Trial | | Location Of Court |
|---|---|---|---|
| 2/28/2018 | 9:00 | ☒ AM ☐ PM | 3rd Floor; 510 South Dillard Street, Durham, NC 27701 |
| Name And Address Of Plaintiff Or Plaintiff's Attorney | | | Date Issued |
| Innesbrook Apartments LLC d/b/a Southpoint Glen | | | FEB 16 2018 |
| 5800 Tattersall Drive | | | Signature |
| Durham   NC   27713 | | | ☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court |

FILED
2018 FEB 23 A 11:31
DURHAM CO., C.S.C.
BY: _____

(Over)

AOC-CVM-100, Rev. 10/14
© 2014 Administrative Office of the Courts