IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KATRINA WALLACE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) 1:18CV501 <br> GREYSTAR REAL ESTATE ) <br> PARTNERS, LLC, *et al.*, ) <br> ) <br> Defendants. ) | |

## JUDGMENT

For the reasons set forth in an Order filed contemporaneously with this Judgement,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs' Motion for Final Approval of Class Settlement, (ECF No. 199), and an Unopposed Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards for the Class Representatives, (ECF No. 202), are **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Pursuant to Rule 23 of Federal Rules of Civil Procedure, the Court hereby finally approves in all respects the Settlement set forth in the Settlement Agreement, and finds that the Settlement, the Settlement Agreement, and the plan of distribution of the Settlement funds are in all respects fair, reasonable, and adequate, and are in the best interest of the Settlement Classes.

**IT IS FURTHER ORDERED AND ADJUDGED** that Class Counsel is hereby awarded attorneys' fees in the amount of $1,555,000 to be paid from the Monetary Award as

set forth in the manner described in Settlement Agreement, which amount the Court finds to be fair and reasonable.

**IT IS FURTHER ORDERED AND ADJUDGED** that Class Counsel are awarded a reimbursement of their expenses of $24,893.92 to be paid from the Monetary Award.

**IT IS FURTHER ORDERED AND ADJUDGED** that Katrina Wallace is hereby awarded a reasonable service award of $10,000 to be paid from the Monetary Award.

**IT IS FURTHER ORDERED AND ADJUDGED** that by reason of the settlement, and there being no just reason for delay, the Court hereby enters final judgment in this matter and all claims alleged by Plaintiff are dismissed with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that, without affecting the finality of this judgment, the Court retains continuing and exclusive jurisdiction over all matters relating to the administration, consummation, enforcement, and interpretation of the Settlement Agreement and of this Final Order and Judgment, to protect and effectuate this Final Order and Judgment, and for any other necessary purpose.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the terms of the Settlement Agreement, this action is **DISMISSED** with prejudice as against the Class Representative, all members of the Settlement Classes and the Defendants.

**IT IS FURTHER ORDERED AND ADJUDGED** that the parties shall bear their own costs except as provided by the Settlement Agreement and as ordered herein.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Class Representative, on behalf of herself and members of the Settlement Classes, shall be deemed conclusively to

have compromised, settled, discharged, dismissed, and released any and all rights, claims, or causes of action against Defendants as provided for in the Settlement Agreement.

This, the 29th day of August 2022.

                                                  /s/ Loretta C. Biggs
                                                  United States District Judge